HELEN A. BABCOCK et al., Respondents, *v.* OLIVER M. ARK-ENBURGH, as Testamentary Guardian, etc., Impleaded, etc., Appellant.

(Argued March 2, 1886; decided March 9, 1886.)

*Robert F. Little* for appellant.

*Everett P. Wheeler, Jr.,* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

———————

THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK *v.* MARTIN SCHWANER, Individually, and as Executor, etc., et al.

(Argued March 2, 1886; decided March 9, 1886.)

*James O. De La Mare* and *A. J. Vanderpoel* for appellant.

*Charles W. West* for respondent.

Agree to affirm on opinion of DANIELS, J., in court below.
All concur.
Order affirmed.

———————

ARNOLD DAVIDSON, Respondent, *v.* JOHN F. BETZ et al., Appellants.

(Argued March 2, 1886; decided March 9, 1886.)

*Samuel Untermyer* for appellants.

*James M. Gifford* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.